SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    Email: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ZIBU GAO ) <br> ) <br>     Defendant. ) <br> ) | No. CR 07-90212 EDL <br><br> **NOTICE OF CHANGE OF COUNSEL** |

    The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court that the assigned Assistant United States Attorney for this case is Denise Marie Barton. Future ECF notices should be sent to AUSA Denise Marie Barton only at the email address of denise.barton@usdoj.gov.

//
//
//
//
//

NOTICE OF CHANGE OF COUNSEL
[CR 07-90212 EDL]

1  AUSA Robert Rees should be removed from the list of persons to be noticed.

2

3  DATED: May 30, 2007              Respectfully submitted,

4                                   SCOTT N. SCHOOLS
                                    United States Attorney
5

6
                                    _____/s/_____
7                                   DENISE MARIE BARTON
                                    Assistant United States Attorney
8

NOTICE OF CHANGE OF COUNSEL
[CR 07-90212 EDL]