```
SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7359
    Facsimile:  (415) 436-7234
    Email: denise.barton@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-90212 EDL |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER |
| ZIBU "BOB" GAO, | |
| Material Witness. | |

On May 22, 2007, the Honorable Nandor J. Vadas ordered that an arrest warrant issue for the material witness ZIBU "BOB" GAO pursuant to Title 18, United States Code, Section 3144. In its Order, the Court found that the testimony of ZIBU "BOB" GAO was material in a criminal proceeding in the Northern District of California, namely, *United States v. Zhicheng Zeng*, CR 05-0465 JSW, which is set for trial on July 9, 2007. On May 24, 2007, the material witness was arrested on the warrant and taken into federal custody by the Department of State, Diplomatic Security Service. On May 25, 2007, the material witness appeared in the Eastern District of California, Fresno Division, before the Honorable Dennis L. Beck and was ordered detained on the basis that "no condition or combination of conditions will reasonably assure the appearance of the Material Witness as required." *Detention Order, dated May 25, 2007*. On that date, the

Court also signed a *Commitment to Another District*, directing the United States Marshal Service to transport the material witness to the Northern District of California. The Commitment does not specify a date certain by which GAO will arrive in the Northern District of California. The United States Marshal's Service has advised that the material witness may arrive in the Northern District of California late in the week of June 4, 2007 or the week of June 11, 2007. In light of issues concerning representation of the material witness that are expected to arise and the impending trial date, the United States now seeks an Order from the Court directing the United States Marshal Service to bring the material witness before United States Duty Magistrate Judge on Thursday, June 7, 2007 for his initial appearance in the Northern District of California.

On August 30, 2005, the material witness, ZIBU "BOB" GAO, was charged, along with Zhicheng Zeng and others for violations of Title 18, United States Code, Section 371, Conspiracy to Commit Marriage Fraud. On August 3, 2006, GAO pled guilty to two counts of Conspiracy to Commit Marriage Fraud. On October 26, 2006, the Honorable Jeffrey S. White sentenced GAO to a term of 15 months imprisonment. The material witness was represented by attorney Alan Dressler in these proceedings.

Prior to seeking the order for issuance of an arrest warrant for ZIBU "BOB" GAO as a material witness, the United States advised Mr. Dressler of its intentions to call GAO as a witness in *United States v. Zhicheng Zeng*, CR 05-0465 JSW and then, of the fact that he had been taken into custody as a material witness.[1] On May 24, 2007, when the material witness was being transported to the Eastern District of California, he made statements indicating that he no longer wants to be represented by Mr. Dressler and wants new counsel appointed for him.

As set forth in the *Application, Affidavit, and [Proposed] Order for Issuance of a Material Witness Arrest Warrant for ZIBU "BOB" GAO*, the United States believes that the testimony of the Material Witness ZIBU "BOB" GAO is material in the trial of Zhicheng Zeng. Should the material witness seek to obtain new counsel, there will be a potentially significant delay between the time that he arrives in the Northern District of California; speaks to current

---

[1] On May 30, 2007, Mr. Dressler filed a Proposed Order in *United States v. Zhicheng Zeng*, CR 05-0465, JSW seeking to be reappointed as counsel for the material witness.

STIPULATION AND [PROPOSED]
ORDER, No. CR 07-90212 EDL            2

1  counsel; is appointed new counsel; addresses any pre-trial matters involving his trial testimony;
2  and is available for testimony at trial.  The United States has concerns that if the material witness
3  is not promptly brought into the Northern District of California, these issues may not be resolved
4  prior to the trial of Zhicheng Zeng and that the material witness will therefore be unavailable to
5  testify at trial.  The United States suggests that setting a date certain, specifically June 7, 2007, as
6  the date for the United States Marshal Service to arrive in the Northern District of California is
7  necessary to ensure the Material Witness' availability to testify at trial on July 9, 2007.

8        The United States has advised prior counsel for the material witness, Mr. Dressler, of its
9  intentions to file this Stipulation and [Proposed] Order.  Mr. Dressler has stated that he has no
10 objections to this Stipulation and is available on June 7, 2007 for an initial appearance for the
11 material witness.

12       Accordingly, the United States asks the Court to issue an Order directing the United
13 States Marshal Service to bring the material witness, ZIBU "BOB" GAO, before United States
14 Duty Magistrate Judge on Thursday, June 7, 2007 for his initial appearance in the Northern
15 District of California.

16

17 Dated:  May 31, 2007                                  Respectfully submitted,
18                                                                          SCOTT N. SCHOOLS
                                                                             United States Attorney
19
20                                                                           /S/ Denise Marie Barton
                                                                             DENISE MARIE BARTON
21                                                                           Assistant United States Attorney
22

23                                          [PROPOSED] ORDER

24       For the reasons stated in the foregoing Stipulation, the Court finds that its is necessary to
25 promptly secure the presence of Material Witness ZIBU "BOB" GAO in the Northern District of
26 California to ensure his availability to testify as a material witness in *United States v. Zhicheng*
27 *Zeng*, CR 05-0465 JSW.  Accordingly, IT IS HEREBY ORDERED that the United States
28 Marshal Service transport the Material Witness ZIBU "BOB" GAO and to bring the material

STIPULATION AND [PROPOSED]
ORDER, No. CR 07-90212 EDL                               3

witness before United States Duty Magistrate Judge on Thursday, June 7, 2007 for his initial appearance in the Northern District of California.

Dated: __June 6, 2007__

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

