SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    Email: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-90212 EDL |
| | ) | |
|     Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER |
|     v. | ) | |
| | ) | |
| ZIBU "BOB" GAO, | ) | |
| | ) | |
|     Material Witness. | ) | |
| | ) | |

    The parties now move for an Order permitting the taking of the deposition of material witness ZIBU "BOB" GAO pursuant to Fed. R. Crim. P. 15(a). Rule 15 permits the Court to grant a motion for a deposition of a prospective witness "because of exceptional circumstances and in the interest of justice." The parties contend that the continued detention of GAO and the length of time before any trial will be held in the matter for which GAO is detained constitute

STIPULATION AND [PROPOSED] ORDER, No. CR 07-90212 EDL

exceptional circumstances" and that permitting a deposition is in the interests of justice.

On May 22, 2007, the Honorable Nandor J. Vadas ordered that an arrest warrant issue for the material witness ZIBU "BOB" GAO pursuant to Title 18, United States Code, Section 3144. On May 24, 2007, GAO was arrested on the warrant and taken into federal custody by the Department of State, Diplomatic Security Service. On June 8, 2007, GAO arrived in the Northern District of California. GAO is a Chinese national who is subject to a detainer by Immigration and Customs Enforcement and faces the possibility of deportation upon his release from the Material Witness warrant. In light of these facts, the United States moved to detain GAO insofar as no conditions could reasonably assure his appearance at the trial for which he was arrested as a Material Witness. To date, GAO has waived any detention hearing and has been detained in the custody of the U.S. Marshal's Service.

Upon giving testimony, GAO may seek release from detention on the Material Witness arrest warrant. Courts have routinely held that continued detention of a material witness pending trial constitutes an "exceptional circumstances" as contemplated by Fed. R. Crim. P. 15(a) and is a basis to permit the taking of a deposition. United States v. Lai Fa Chen, 214 F.R.D. 578, 580 (N.D. Ca. 2003). Further, this Circuit has held that "No material witness shall be detained because of inability to comply with conditions of release if the testimony of such witness can adequately be secured by deposition ..." Bacon v. United States, 449 933 (9th Cir. 1971).

The parties also contend that upon completion of the deposition, GAO should be released from continued detention on the Material Witness Arrest Warrant to the custody of Immigration and Customs Enforcement without further Order of this Court.

Accordingly, the parties request an Order permitting the taking of the deposition of material witness ZIBU "BOB" GAO pursuant to Fed. R. Crim. P. 15(a).

STIPULATION AND [PROPOSED] ORDER, No. CR 07-90212 EDL

Dated: June 26, 2007                              Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


\_\_\_\_/s/_____
DENISE MARIE BARTON
Assistant United States Attorney


ZIBU "BOB" GAO

\_\_\_\_/s/_____
Michael R. Berger
Attorney for ZIBU "BOB" GAO

**[PROPOSED] ORDER**

For the reasons stated in the foregoing Stipulation, IT IS HEREBY ORDERED that the parties take deposition of Material Witness ZIBU "BOB" GAO pursuant to Fed. R. Crim. P. 15(a) and that upon completion of this deposition, GAO be released to the custody of Immigration and Customs Enforcement without further Order of this Court.


Dated: _____                    _____
                                                HON. BERNARD ZIMMERMAN
                                                United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER, No. CR 07-90212 EDL